```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 08911
  FRANK YEBOAH
  VIVIAN ATAA                                  CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-7698    SSN XXX-XX-3118

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/16/07 .

    2.  The case was dismissed without confirmation, 08/17/2007.

---------------------------------------------------------------------------
CREDITOR NAME                 CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
---------------------------------------------------------------------------

         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00           .00
PRINCIPAL PAID         .00         .00         .00         .00           .00
INTEREST PAID          .00         .00         .00         .00           .00
TOTAL PAID             .00         .00         .00         .00           .00
The Debtor's attorney, GRAY & IDRIS PC                , was allowed $    .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




         Dated: 11/16/07                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
     CASE NO. 07 B 08911 FRANK YEBOAH & VIVIAN ATAA
```